**Order filed July 21, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00139-CR

_____

### CURTIS WAYNE TEER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 441st District Court**

**Midland County, Texas**

**Trial Court Cause No. CR42737**

### O R D E R

Curtis Wayne Teer, who is currently represented by court-appointed counsel, has filed in this court a timely request to proceed pro se on appeal. We abate this appeal.

We must abate the appeal and remand the cause to the trial court so that the trial court may determine the following:

1. Whether Teer desires to prosecute his appeal;

2. Whether Teer is indigent;

3. If not indigent, whether Teer has retained counsel for this appeal; and

4. If indigent, whether Teer desires to have counsel appointed to represent him in this appeal or whether, after being warned of the dangers and disadvantages of self-representation, Teer competently and intelligently chooses to exercise the right to represent himself.

If it is determined that Teer is indigent and is exercising his right to represent himself, the trial court must develop evidence as to whether Teer's decision to proceed without counsel is knowingly and intelligently made. *See Faretta v. California*, 422 U.S. 806 (1975); *Ex parte Davis*, 818 S.W.2d 64 (Tex. Crim. App. 1991); *Hubbard v. State*, 739 S.W.2d 341, 345 (Tex. Crim. App. 1987); *Webb v. State*, 533 S.W.2d 780, 783–86 (Tex. Crim. App. 1976). The trial court is directed to enter findings of fact and conclusions of law and to make any appropriate recommendations to this court.

The clerk of the trial court is directed to prepare and forward to this court a supplemental clerk's record containing the findings, recommendations, and any orders of the trial court. The court reporter is directed to prepare and forward to this court the reporter's record from the hearing. These records are due to be filed in this court on or before July 31, 2015.

The appeal is abated.

PER CURIAM

July 21, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.